IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROSE M., by and through her Parents, LAURA and RICHARD M.,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>Defendant. | CV 09-00163 SPK-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

A Findings and Recommendation was filed and served on all parties on 8/28/09. No objections have been filed. Therefore, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b) and Local Rules 53.1, 53.2, and/or 74.2, the "Findings and Recommendation that Plaintiffs' Motion Determining Plaintiffs as Prevailing Party and for an Award of Attorneys' Fees and Costs be Granted" are adopted as the opinion and order of this Court.

DATED: Honolulu, Hawaii, September 23, 2009.



Samuel P. King
Senior United States District Judge